## STATEMENT OF FACTS

On or about September 26, 2013, MPD officers and Homeland Security Investigation Division (HSI) special agents executed a search warrant for XXX XXXXXXXXX XXXXXX, XX, XXXXXXXXXX, XX where the defendant, Hiawatha Summers resides. During a search of the defendant's bedroom, officers recovered a loaded .22 caliber Revolver inside the defendant's bedroom closet. The gun appeared to be operable. Officers checked the defendant's criminal history, which showed he had two prior felony convictions. The defendant was placed under arrest. In a post arrest interview, the defendant acknowledged the firearm belonged to him. To the best of the undersigned officer's knowledge, defendant Hiawatha Summers, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Case Nos. 1984-FEL-002860 and 2000-FEL-001405. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no .22 caliber Revolvers nor ammunition manufactured in the District of Columbia.

_____
DETECTIVE JAMES ZEREGA
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE